UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend Of C.W., A Minor, <br><br> Plaintiffs, <br><br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, <br><br> Defendants. | Case No.: 1:19-cv-3 |

## AFFIDAVIT OF CATHERINE MICHAEL

I, Catherine M. Michael, being first duly sworn, state:

1. That I am competent to testify and have firsthand knowledge of all matters herein.

2. I am an attorney duly licensed to practice law in the State of Indiana, Texas and Michigan. I was admitted to the Bar of the State of Indiana in 2000, the Bar of the State of Texas in 2011, and the Bar of the State of Michigan in 2012. I am currently a member in good standing of the Indiana bar and employed with the law firm of Hollingsworth & Zivitz, P.C. in Carmel, Indiana.

3. I am also a member of the bar of this Court, the Northern District of Indiana and the United States Court of Appeals for the Seventh Circuit.



EXHIBIT D

4. Since my admission to the bar in 2000, I have been continuously practicing law on a full time basis. Over the years, my practice has focused primarily in the area of education law and the civil rights of children with cases also involving personal injury of children within the educational environment.

5. During the past eighteen years, I have devoted most of my practice to representing parents of students with disabilities in administrative and civil rights actions against school corporations. Most cases in my practice entail prosecuting claims arising under IDEA and Indiana's administrative rules for special education (sometimes referred to as Article 7), as well as prosecuting cases involving children with respect to the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act and cases against public school districts involving the injury of a child within the school system.

6. There are very few attorneys in Indiana who practice special education law. Aside from juvenile law, suspension and expulsion cases, I estimate that there are less than ten (10) attorneys throughout the state who devote any significant amount of their practice to the representation of parents on special education law matters, i.e. who routinely represent parents of special needs students in Due Process administrative proceedings against school districts. Most of the education law attorneys in the Indiana bar represent school districts, not parents.

7. I handle cases on an hourly and contingency basis. On hourly matters I typically bill at the rate of $295 an hour for pre-hearing work and $315 an hour for time spent during a hearing. I sometimes bill at a higher hourly rate for more complex matters and appeals.

8. My standard hourly rate on education matters is $295 for time spent pre-hearing and $315 for hearing time. Over 90% of the cases I handle are settled without a hearing, so my average hourly rate is approximately $295.

9. Many of my education cases are resolved short of hearing and it is standard practice for defense counsel to require copies of my invoices as a condition of paying my clients' attorney fees and I routinely provide them.

10. School districts and their insurance carriers routinely pay my hourly rate of $295 as part of voluntary settlement agreements which I negotiate for my clients on a regular basis.

11. In my eighteen years of practice I have had to file suit for fees in less than seven cases despite handling hundreds of these matters.

12. I am familiar with the rates charged by other special education attorneys in Indiana and $295 per hour is reasonable, customary and within the range of prevailing rates for this area.

13. Starting in approximately June 2018, I served as counsel with Thomas Blessing, an education attorney in a separate office, and Sonja Kerr in my office in connection with the special education administrative Due Process matter for C.W.

14. My hourly rate for pre-hearing work on that matter was $295 and $315 for hearing time. I billed in increments of one-tenth (.1) of an hour and kept a contemporaneous record of all of my time spent working on that matter, which was then entered into my firm's billing software program, Harvest Time combined with Sage Timeslips.

15. Sonja Kerr is an attorney with my law firm and also worked on the Due Process matter. Her time entries are reflected on the attached invoice.

16. Attached hereto is a true and accurate printout of my time.

I AFFIRM UNDER PENALTY FOR PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE.

Respectfully submitted,

*Catherine M. Michael*
_____
Catherine M. Michael 22474-49
*Attorney for Plaintiffs*
11555 N Meridian, Suite 530
Carmel IN 46032
317/569-2200
317/569-2202 fax
cmichael@hzlegal.com