UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:19-cv-00003-JPH-DML ) |
| CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANT CARMEL CLAY SCHOOL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Carmel Clay School Corporation, by counsel and pursuant to Federal Rule Civil Procedure 7.1, states that Carmel Clay School Corporation is a school corporation as defined by Indiana Code section 20-18-2-16 with its principal place of business in Carmel, Indiana.

Carmel Clay School Corporation further states that it has no parent company and that no publicly held corporation holds 10% or more of any stock.

/s/ *Brent R. Borg*_____
Brent R. Borg, Attorney No. 27415-29
bborg@cchalaw.com
Andrew A. Manna, Indiana Attorney No: 24290.49
amanna@cchalaw.com
Jessica M. Heiser, Indiana Attorney No: 31339-29
jhesier@cchalaw.com
10765 Lantern Road, Suite 201
Fishers, IN  46038

Attorneys for Defendant
Carmel Clay School Corporation

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of January, 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Catherine M. Michael
Thomas W. Blessing
11555 N Meridian, Suite 530
Carmel IN 46032
cmichael@hzlegal.com
skerr@hzlegal.com

11650 Lantern Road, Suite 204
Fishers, IN 46038
tom@mjcattorneys.com

/s/ Brent R. Borg_____
Brent R. Borg

CHURCH CHURCH HITTLE + ANTRIM
10765 Lantern Road, Suite 201
Fishers, IN 46038
T:  (317) 773-2190 / F:  (317) 572-1609