UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend Of C.W., A Minor, <br><br> Plaintiff, <br><br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, <br><br> Defendants. | Case No.: 1:19-cv-00003-JPH-DML |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for: <u>Plaintiff.</u>

Date: January 29, 2019

Sonja D. Kerr #11993-49
*HOLLINGSWORTH & ZIVITZ, P.C.*
11555 N Meridian, Suite 530
Carmel, IN 46032
317/569-2200
317/569-2202 fax
skerr@hzlegal.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this  29th day of January, 2019, via electronic filing.

_____
Thomas W. Blessing #15696-49

1