UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.:  1:19-cv-00003-JPH-DML |
| CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) ) ) ) ) | |
| Defendants. | ) | |

COUNTERDEFENDANT'S JURISDICTIONAL STATEMENT

Counterdefendant Brandi Wetherald, by counsel and pursuant to the Court's *Order on Jurisdiction* entered February 7, 2019 [Doc. 23], states that the Court has subject matter jurisdiction over the Counterclaim under 20 U.S.C. § 1415(i)(2)(A), 20 U.S.C. § 1415(i)(3)(A) and 28 U.S.C. § 1331.

Respectfully submitted,

_____
Thomas W. Blessing 15696-49
Catherine M. Michael 22474-49
*Attorneys for Plaintiff*

11650 Lantern Road, Suite 204
Fishers, IN 46038
317/576-8580
317/203-1012 fax
tom@mjcattorneys.com

11555 N Meridian, Suite 530
Carmel IN  46032
317/569-2200
317/569-2202 fax
cmichael@hzlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Brent R Borg
Andrew A. Manna
Jessica M. Heiser
CHURCH CHURCH HITTLE + ANTRIM
2 N. 9th Street
Noblesville, IN 46060
Telephone:  (317) 773-2190
Facsimile:  (317) 773-5390

_____