UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, <br><br> Plaintiff, <br><br> v. <br><br> CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, <br><br> Defendants. | Case No.: 1:19-cv-00003-JPH-DML |

> The Court ACCEPTS Counter Defendant's Jurisdictional Statement, dkt. 26, as sufficient to establish the Court's subject matter jurisdiction at this time. JPH, 2/19/19.
> Distribution via CM/ECF

COUNTERDEFENDANT'S JURISDICTIONAL STATEMENT

Counterdefendant Brandi Wetherald, by counsel and pursuant to the Court's *Order on Jurisdiction* entered February 7, 2019 [Doc. 23], states that the Court has subject matter jurisdiction over the Counterclaim under 20 U.S.C. § 1415(i)(2)(A), 20 U.S.C. § 1415(i)(3)(A) and 28 U.S.C. § 1331.

Respectfully submitted,

_____
Thomas W. Blessing 15696-49
Catherine M. Michael 22474-49
*Attorneys for Plaintiff*