UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD individually and as parent and next friend of C.W., a minor,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMEL CLAY SCHOOL CORPORATION, CARMEL CLAY BOARD OF SCHOOL TRUSTEES,<br><br>        Defendants.<br>_____<br>CARMEL CLAY SCHOOL CORPORATION, CARMEL CLAY BOARD OF SCHOOL TRUSTEES,<br><br>        Counter Claimants,<br><br>    v.<br><br>BRANDI WETHERALD individually and as parent and next friend of C.W., a minor,<br><br>        Counter Defendant. | No. 1:19-cv-00003-DML-JPH |

**ORDER OF REFERENCE**

The parties have consented to the exercise of jurisdiction by a United States Magistrate Judge. Dkt. [25]. This case is, therefore, REFERRED to the currently assigned United States Magistrate Judge, The Honorable Debra McVicker Lynch, to conduct all proceedings and order the entry of judgment in

accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  If this case is reassigned to a different magistrate judge, any attorney or party of record may object within 30 days of that reassignment.  If no objection is filed, the consent will remain in effect.  This action's case number SHALL be amended as shown above to reflect this referral to the Magistrate Judge.

**SO ORDERED.**

Date: 2/27/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Thomas W. Blessing
MASSILLAMANY JETER & CARSON
tom@mjcattorneys.com

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
bborg@cchalaw.com

Jessica M Heiser
CHURCH CHURCH HITTLE AND ANTRIM
jheiser@cchalaw.com

Andrew Anthony Manna
CHURCH CHURCH HITTLE & ANTRIM (Noblesville)
andrew@cchalaw.com

Catherine Marie Michael
HOLLINGSWORTH & ZIVITZ, P.C.
cmichael@hzlegal.com