UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-00003-DML-JPH |
| | ) |
| CARMEL CLAY SCHOOL CORPORATION | ) |
| and | ) |
| CARMEL CLAY BOARD OF SCHOOL | ) |
| TRUSTEES, | ) |
| | ) |
| Defendants. | ) |

## Order on Motion to Manually File Administrative Record

Defendant Carmel City Schools seeks relief from the protocol in the case management order for filing the administrative record on the ground that indexing and uploading the record into separate documents in a format permitting hyperlinks is very difficult to accomplish because of the size of the record. The defendant asks for permission to submit the record on CD-ROMs only. The court DENIES that request because a CD-ROM containing thousands of pages is not an efficient way for the court to review documents. The court will permit the following alternative protocol.

1. The defendant must Bates-number each page of the record and must convert each page, as necessary, to a .pdf format.

2. The defendant must prepare an index of the record that identifies each separate document *(e.g.,* each petition or motion, each separate order, each hearing brief, each hearing exhibit, each hearing transcript, each deposition transcript) and

lists the Bates-number page on which the document begins.  For example, entries on the index might read: "June 4, 2018 Petition for Due Process Hearing . . . p. 25" or "Petitioner's Hearing Exhibit 1 – [basic description of contents of exhibit]. . . p. 550," etc.

   3.   The defendant must electronically file the index and the record.  The index must be filed as a separate document and the record may be filed in as many separate attachments to the index as the technical parameters of the court's CM/ECF system permits.  For example, a 2,000-page record might be divisible into roughly eight sections,[1] and thus pages 1-200 might serve as Record Part 1 and pages 201-400 might serve as Record Part 2, etc.  A document should not be separated across the Record Parts, however. That means, for example, if a motion appears at pages 195 to 205, Record Part 1 would end at page 194 and Record Part 2 would begin at page 195.  These filings may be sealed, as previously ordered.

   4.   The parties' briefing can use the Bates number or range of numbers for citations to particular documents in the record.

   5.   The above tasks must be completed by **March 15, 2019.**

   So ORDERED.

Dated:  March 4, 2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record by email through the court's ECF system

---

[1]   The defendant's motion states that the record consists of approximately 285 megabytes. The court's CM/ECF system generally allows any one .pdf document filing to consist of up to 35 megabytes.  See Local Rule 5.1(c).