UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend Of C.W., A Minor,<br><br>Plaintiff,<br><br>v.<br><br>CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES,<br><br>Defendants. | Case No.: 1:19-cv-00003-JPH-DML |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:  Plaintiff Brandi Wetherald.

Date: March 18, 2019                        /s/Sonja D. Kerr
                                            Sonja D. Kerr #11993-49
                                            *HOLLINGSWORTH & ZIVITZ, P.C.*
                                            11555 N Meridian, Suite 530
                                            Carmel, IN  46032
                                            317/569-2200
                                            317/569-2202 fax
                                            skerr@hzlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 18th day of March, 2019, via electronic filing on counsel for Defendant Carmel Clay School Corporation. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Brent R. Borg
Church Church Hittle and Antrim
10765 Lantern Road, Suite 201
Fishers, IN 46038
bborg@cchalaw.com

Andrew Manna
Jessica Heiser
Church Church Hittle and Antrim
Two North Ninth Street
P.O. Box 10
Noblesville, IN 46061
andrew@cchalaw.com
jheiser@cchalaw.com

Plaintiffs' Co-Counsel
cmichael@hzlegal.com
tblessing@mjcattorneys.com

                                               *s/Sonja D. Kerr*
                                               Sonja D. Kerr