UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cv-00003-DML-JPH |
| ) | |
| CARMEL CLAY SCHOOL ) | |
| CORPORATION, ) | |
| CARMEL CLAY BOARD OF SCHOOL ) | |
| TRUSTEES, ) | |
| ) | |
| Defendants. ) | |

## Entry from Status Conference

The parties, by counsel, appeared for a status conference on April 30, 2019, with the magistrate judge. The conference was held and concluded without further order.

Date: 5/1/2019

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system