UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐   I have **no pending cases** in the District Court for the Southern District of Indiana.

✔   I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]   )   Case No. 1:19-cv-00003-DML-JPH
)
)
)
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Catherine M. Michael | Catherine M. Michael |
| **Law Firm, Company, and/or Agency:** | Hollingsworth & Zivitz, PC | Connell Michael Kerr, LLP |
| **Address:** | 11555 N. Meridian Street, Suite 530<br>Carmel, IN 46032 | 550 Congressional Blvd, Suite 115<br>Carmel, IN 46032 |
| **Primary E-mail:** | cmichael@hzlegal.com | Catherine@cmklawfirm.com |
| **Secondary E-mail(s):** | schapman@hzlegal.com | sarah@cmklawfirm.com |
| **Telephone Number:** | (317) 569-2200 | (317) 343-4488 |
| **Facsimile:** | (317) 569-2202 | (317) 348-2916 |

Date: 07/03/2019                    s/ Catherine M. Michael 22474-49

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.