UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-00003-JPH-DML |
| CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | )<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Carmel Clay Schools (the "School"), by counsel, and pursuant to Federal Rule of Civil Procedure 56, Local Rule 56-1, and this Court's order (Dkts. 22 and 31), moves the Court for summary judgment in its favor. The grounds for this Motion are set forth more fully in the brief, which is filed contemporaneously with this Motion.

WHEREFORE, the School respectfully requests that the Court grant its Motion for Summary Judgment and enter final judgment in its favor.

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

/s/ *Brent R. Borg*_____
Brent R. Borg, Attorney No. 27415-29
bborg@cchalaw.com
Andrew A. Manna, Indiana Attorney No: 24290.49
amanna@cchalaw.com
Jessica M. Heiser, Indiana Attorney No: 31339-29
jheiser@cchalaw.com


2 N. 9th Street
Noblesville, IN  46060
Telephone:  (317) 773-2190
Facsimile:  (317) 773-5390

Attorneys for Defendants
Carmel Clay School Corporation
and The Carmel Clay Board of School Trustees

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2019, a true and exact copy of the foregoing was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Catherine M. Michael
Thomas W. Blessing
CONNELL MICHAEL KERR, LLP
550 Congressional Blvd., Suite 115
Carmel IN 46032
catherine@cmklawfirm.com

Benjamin J. Hinerfeld
LAW OFFICE OF BENJAMIN J. HINERFELD
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
ben@hinerfeldlaw.com

Sonja D. Kerr
HOLLINGSWORTH & ZIVITZ
9600 Great Hills Trail, No. 150W
Austin, TX 78759
skerr@hzlegal.com

Thomas W. Blessing
MASSILLAMANY JETER & CARSON
11650 Lantern Road, Suite 204
Fishers, IN 46038
tom@mjcattorneys.com

/s/ *Brent R. Borg*_____
Brent R. Borg, Indiana Attorney No: 27415-29