UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDI WETHERALD, | ) | |
| Individually and as Parent | ) | |
| and Next Friend | ) | |
| of C.W., A Minor, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-00003-JPH-DML |
| | ) | |
| CARMEL CLAY SCHOOL | ) | |
| CORPORATION and THE | ) | |
| CARMEL CLAY BOARD | ) | |
| OF SCHOOL TRUSTEES, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S DESIGNATION OF EVIDENCE IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT**

Defendant Carmel Clay Schools, by counsel, designates the following evidence in

support of its Motion for Summary Judgment:

1.   **Exhibit A**:   Answer to Counterclaim. (Dkt. 16.)

2.   **Exhibit B**:   Answer to Complaint. (Dkt. 9.)

3.   **Exhibit C**:   Administrative Record (Dkt. 32.)

Respectfully submitted,

CHURCH CHURCH HITTLE + ANTRIM

/s/ *Brent R. Borg*
Brent R. Borg, Attorney No. 27415-29
bborg@cchalaw.com
Andrew A. Manna, Indiana Attorney No: 24290.49
amanna@cchalaw.com
Jessica M. Heiser, Indiana Attorney No: 31339-29
jheiser@cchalaw.com

2 N. 9th Street
Noblesville, IN  46060
Telephone:  (317) 773-2190
Facsimile:  (317) 773-5390

Attorneys for Defendants
Carmel Clay School Corporation
and The Carmel Clay Board of School Trustees

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 19th day of July, 2019, a true and exact copy of the foregoing

was filed electronically via the Court's Electronic filing system. Notice of this filing was sent to

the following by operation of the Court's Electronic filing system:

| | |
|---|---|
| Catherine M. Michael<br>Thomas W. Blessing<br>CONNELL MICHAEL KERR, LLP<br>550 Congressional Blvd., Suite 115<br>Carmel IN 46032<br>catherine@cmklawfirm.com | Benjamin J. Hinerfeld<br>LAW OFFICE OF BENJAMIN J. HINERFELD<br>1528 Walnut Street, Suite 1100<br>Philadelphia, PA 19102<br>ben@hinerfeldlaw.com |
| Sonja D. Kerr<br>HOLLINGSWORTH & ZIVITZ<br>9600 Great Hills Trail, No. 150W<br>Austin, TX 78759<br>skerr@hzlegal.com | Thomas W. Blessing<br>MASSILLAMANY JETER & CARSON<br>11650 Lantern Road, Suite 204<br>Fishers, IN 46038<br>tom@mjcattorneys.com |

/s/ *Brent R. Borg*
Brent R. Borg, Indiana Attorney No: 27415-29

3