UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:19-CV-00003-DML-JPH |
| CARMEL CLAY SCHOOL ) | |
| CORPORATION and ) | |
| CARMEL CLAY BOARD OF SCHOOL ) | |
| TRUSTEES, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff , by counsel and pursuant to Federal Rule of Civil Procedure 56, Local Rule 56-1 and this Court's order (Dkts. 22 and 31), respectfully moves the Court for summary judgment in her favor and against Defendants on the basis that there is no genuine issue of material fact and Plaintiff is entitled to judgment as a matter of law on her Complaint. The grounds for this Motion are set forth more fully in the brief being filed contemporaneously with this Motion.

WHEREFORE,  Plaintiff respectfully requests that the Court grant thi Motion   and enter final judgment in her favor.

Respectfully Submitted,

CONNELL MICHAEL KERR, LLP

/s/Catherine M. Michael
Catherine Michael, 22474-49
Sonja D. Kerr, 11993-49
550 Congressional Blvd, Suite 115
Carmel, IN 46032
Telephone: (317) 343-4482
Fax: (317) 348-2916
catherine@cmklawfirm.com

        sonja@cmklawfirm.com

        /s/ Benjamin J. Hinerfeld_____
        Benjamin J. Hinerfeld,
        Law Office of Benjamin J. Hinerfeld
        1528 Walnut Street, Suite 1100
        Philadelphia, PA 19102
        Telephone: (215) 575-0495
        Fax: (215) 689-2423
        ben@hinerfeldlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 17th day of September, 2019, via electronic filing on counsel for Defendant Carmel Clay School Corporation. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Brent R. Borg
Church Church Hittle and Antrim
10765 Lantern Road, Suite 201 Fishers, IN 46038
bborg@cchalaw.com

Andrew Manna
Jessica Heiser
Church Church Hittle and Antrim
Two North Ninth Street
P.O. Box 10
Noblesville, IN 46061
andrew@cchalaw.com
jheiser@cchalaw.com

        \_/s/ Catherine M. Michael_____