UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARMEL CLAY SCHOOL ) <br> CORPORATION and ) <br> CARMEL CLAY BOARD OF SCHOOL ) <br> TRUSTEES, ) <br> ) <br> Defendants. ) | Case No. 1:19-CV-00003-DML-JPH |

**PLAINTIFF'S DESIGNATION OF EVIDENCE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff, by counsel, designates the following evidence in support of her Motion for Summary Judgment:

1. Exhibit A: Affidavit of Brandi Wetherald

2. Exhibit B: Affidavit of Robin Kohli

3. Administrative Record [Dkt. 32]

Respectfully Submitted,

CONNELL MICHAEL KERR, LLP

/s/Catherine M. Michael_____
Catherine Michael, 22474-49
Sonja D. Kerr, 11993-49
550 Congressional Blvd, Suite 115
Carmel, IN 46032
Telephone: (317) 343-4482
Fax: (317) 348-2916
catherine@cmklawfirm.com
sonja@cmklawfirm.com

/s/ Benjamin J. Hinerfeld_____

>Benjamin J. Hinerfeld,
>Law Office of Benjamin J. Hinerfeld
>1528 Walnut Street, Suite 1100
>Philadelphia, PA 19102
>Telephone: (215) 575-0495
>Fax: (215) 689-2423
>ben@hinerfeldlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 17th day of September, 2019, via electronic filing on counsel for Defendant Carmel Clay School Corporation. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

>Brent R. Borg
>Church Church Hittle and Antrim
>10765 Lantern Road, Suite 201 Fishers, IN 46038
>bborg@cchalaw.com

>Andrew Manna
>Jessica Heiser
>Church Church Hittle and Antrim
>Two North Ninth Street
>P.O. Box 10
>Noblesville, IN 46061
>andrew@cchalaw.com
>jheiser@cchalaw.com

>_/s/ Catherine M. Michael_____