UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:19-cv-00003-JPH-DML ) |
| CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) ) ) ) ) |
| Defendants. | ) |

**JOINT MOTION TO POSTPONE DISCOVERY RELATED TO ATTORNEY FEES**

Come now the Parties, by counsel, and submit their Joint Motion to Postpone Discovery Related to Attorney Fees, stating as follows:

1. On February 14, 2019, the Court approved the case management plan submitted by Defendants. (Dkts. 24 and 25.) Defendants' case management plan included the following: "the Parties request that any dispositive motion or other filing related to Plaintiff's claim for attorney fees be deferred pending a ruling on the Parties' anticipated cross-motions for summary judgment." (Dkt. 25.)

2. In its entry and order accompanying such approval, the Court noted that it "may later allow discovery on the plaintiff's attorney fee claim before resolution of the cross-motions for summary judgment . . . ." (Dkt. 24.)

3. On October 11, 2019, Plaintiff served Defendants' counsel with requests for production, requests for admissions, and interrogatories.

1

4.  Defendants contend that they are not obligated to respond to these discovery requests absent further order from the Court, particularly given the language from the Court's February 14, 2019, entry and order quoted above. Plaintiff does not agree with Defendants' contention.

5.  Rather than resolve this dispute, Counsel have discussed the matter and the Parties have agreed to submit this Motion for the Court's approval. Specifically, the Parties request that the Court set a telephonic status conference shortly after briefing is completed related to the Parties' cross-motions for summary judgment. (The final brief, Plaintiff's Reply Brief, currently is due on or before December 10, 2019.) At that time, the Court and the Parties can address whether Defendants should respond to Plaintiff's discovery and, if so, establish a reasonable deadline for Defendants to respond. In the meantime, the Parties agree to postpone any deadline for Defendants to respond.

WHEREFORE, the Parties respectfully requests the Court to grant their Joint Motion to Postpone Discovery Related to Attorney Fees, and for all other just and proper relief.

Respectfully submitted,

/s/ Brent R. Borg_____
Brent R. Borg, Atty. No. 27415-29
Andrew A. Manna Atty. No: 24290.49
Jessica M. Heiser, Atty. No: 31339-29
CHURCH CHURCH HITTLE + ANTRIM
2 N. 9th Street
Noblesville, IN  46060
bborg@cchalaw.com
amanna@cchalaw.com
jheiser@cchalaw.com

Attorneys for Defendants
Carmel Clay School Corporation
and The Carmel Clay Board of School
Trustees

/s/ Sonja D. Kerr_____
Sonja D. Kerr
HOLLINGSWORTH & ZIVITZ
9600 Great Hills Trail, No. 150W
Austin, TX 78759
sonja@cmklawfirm.com

Attorney for Brandi Wetherald

| | |
|---|---|
| /s/ Thomas W. Blessing_____<br>Thomas W. Blessing<br>MASSILLAMANY JETER & CARSON<br>11650 Lantern Road, Suite 204<br>Fishers, IN 46038<br>tom@mcjattorneys.com<br><br>Attorney for Brandi Wetherald<br><br>/s/ Catherine M. Michael_____<br>Catherine M. Michael<br>CONNELL MICHAEL KERR, LLP<br>550 Congressional Blvd., Suite 115<br>Carmel, IN 46032<br>catherine@cmklawfirm.com<br><br>Attorney for Brandi Wetherald | /s/ Benjamin J. Hinerfeld_____<br>Benjamin J. Hinerfeld<br>LAW OFFICE OF BENJAMIN J. HINERFELD<br>1528 Walnut Street, Suite 1100<br>Philadelphia, PA 19102<br><br>Attorney for Brandi Wetherald |