UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRANDI WETHERALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00003-DML-JPH |
| | ) | |
| CARMEL CLAY SCHOOL CORPORATION, et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

### Entry from Status Conference

The parties, by counsel, appeared for a status conference on December 12, 2019, with the magistrate judge. The conference was held and concluded without further order.

Date: 1/8/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the Court's ECF system