UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-CV-00003-DML-JPH |
| CARMEL CLAY SCHOOL CORPORATION and CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) |
| Defendants. | ) |

**PLAINTIFF'S PETITION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Brandi Wetherald, by and through undersigned counsel, submits this Petition for Attorney's Fees and Costs, as well as Plaintiff's Memorandum of Law in Support of Petition for Attorney's Fees and Costs ("Memorandum"), pursuant to the Court's June 1, 2020 Order on Cross-Motions for Summary Judgment. ("Op.") ECF No. 61.

For the reasons set forth in her Memorandum, Plaintiff requests that the Court award her $237,394.50 in Attorney's Fees and Costs, pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. §1415(i)(3)(B)(i)(I), broken down as follows:

### i. Indiana Due Process Action

| ATTORNEY | HOURS | RATE | Fee | TOTAL |
|---|---|---|---|---|
| Catherine Michael | 221.50 | $325 | $71,987.50 | |
| Sonja Kerr | 4.50 | $430 | $1,935.00 | |
| CMK Costs and Expenses | | | $6,949.00 | |
| **CMK Total** | | | | **$80,871.50** |

| | | | | |
|---|---|---|---|---|
| Thomas Blessing (Non-trial work) | 114.95 | $300 | $34,485.00 | |
| Thomas Blessing (Trial work) | 45.5 | $325 | $14,787.50 | |
| Morgan Suding (paralegal) | .4 | $110 | $44.00 | |
| Jacqueline Goher | 8 | $110 | $880.00 | |
| MJC Costs and Expenses | | | $433.80 | |
| **MJC Total** | | | | **$50,630.30** |
| **Total Indiana Due Process Lodestar and Costs** | | | | **$131,501.80** |

### ii. Federal Action

| ATTORNEY | HOURS | RATE | Fee | TOTAL |
|---|---|---|---|---|
| Catherine Michael | 35.10 | $325 | $11,407.50 | |
| Sonja Kerr | 26.12 | $430 | $11,231.60 | |
| Lori Elmlinger (Paralegal) | 8.13 | $95 | $772.35 | |
| **CMK Total** | | | | **$23,411.45** |
| Thomas Blessing | 68.4 | $300 | $20,520.00 | |
| Jacqueline Goher | 3.0 | $110 | $330.00 | |
| **MJC Total** | | | | **$20,850.00** |
| Benjamin Hinerfeld | 164.35 | $375 | $61,631.25 | |
| **Hinerfeld Total** | | | | **$61,631.25** |
| **Total Federal Lodestar and Costs** | | | | $105,892.70 |
| **Total Due Process Lodestar and Costs** | | | | $131,501.80 |
| **TOTAL LODESTAR AND COSTS** | | | | **$237,394.50** |

Plaintiff's Counsel's total lodestar for both the Indiana and federal actions (plus fees, costs and expenses) is $233,394.50.  Co-counsel's breakdown is as follows:

| FIRM | TOTAL |
|---|---|
| CMK Total | $104,282.95 |
| MJC Total | $71,480.30 |
| Hinerfeld Total | $61,631.25 |
| **TOTAL LODESTAR AND COSTS** | **$237,394.50** |

## CONCLUSION

WHEREFORE, for the reasons stated in her Memorandum, Plaintiff respectfully requests that this Court GRANT the instant Petition for Attorneys' Fees, Costs and Expenses in its entirety.

Respectfully submitted this 29th day of June 2020,

Respectfully Submitted,

CONNELL MICHAEL KERR, LLP

/s/Catherine M. Michael
Catherine Michael, 22474-49
Sonja D. Kerr, 11993-49
550 Congressional Blvd, Suite 115
Carmel, IN 46032
Telephone: (317) 343-4482
Fax: (317) 348-2916
catherine@cmklawfirm.com
sonja@cmklawfirm.com

And

/s/ Benjamin J. Hinerfeld
Benjamin J. Hinerfeld,
**Law Office of Benjamin J. Hinerfeld**
1528 Walnut Street, Suite 1100
Philadelphia, PA 19102
Telephone: (215) 694-7432
Fax: (215) 689-2423
ben@hinerfeldlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served this 29th day of June, 2020, via electronic filing on counsel for Defendant Carmel Clay School Corporation. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Brent R. Borg
Church Hittle and Antrim
10765 Lantern Road, Suite 201 Fishers, IN 46038
bborg@cchalaw.com

Andrew Manna
Jessica Heiser
Church Hittle and Antrim
Two North Ninth Street
P.O. Box 10
Noblesville, IN 46061
andrew@cchalaw.com
jheiser@cchalaw.com

_/s/ Catherine M. Michael_____