UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, Individually and as Parent and Next Friend of C.W., A Minor, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:19-cv-00003-JPH-DML |
| CARMEL CLAY SCHOOL CORPORATION and THE CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S ATTORNEY FEE PETITION**

Before the Court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Attorney Fee Petition, and this Court being duly advised in the premises hereby **GRANTS** the same.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendants shall have up to and including August 26, 2020, to respond to Plaintiff's Attorney Fee Petition.

SO ORDERED.

Date: 7/13/2020

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**