UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI WETHERALD, individually and as parent and next friend of C.W., a minor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-00003-DML-JPH ) |
| CARMEL CLAY SCHOOL CORPORATION and CARMEL CLAY BOARD OF SCHOOL TRUSTEES, | ) ) ) ) ) ) |
| Defendants. | ) |

## Order on Motion to Unseal

The plaintiff moves the court[1] to unseal the materials she filed in connection with her request for a fee award. The court GRANTS the motion (Dkt. 66) and directs the Clerk to UNSEAL all documents at Dkt. 62, including exhibits, *except* for Dkt. 62-2 (the hearing officer's decision). Because the hearing officer's decision reveals the Child's name, the court directs that Dkt. 62-2 remain SEALED.

So ORDERED.

Dated: July 29, 2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

---

[1] The plaintiff should have filed her motion to unseal as a properly captioned document and not as a letter to the court.